IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40114
Summary Calendar
_____


JUAN JORGE SANCHEZ,

                                        Plaintiff-Appellant,

versus

ORLANDO PEREZ; ET AL.,

                                        Defendants,

DAVID STOCKLEY; SAUL CRUZ;
MARTHA VILLAREAL,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-94-CV-180
- - - - - - - - - - -

October 5, 1998

Before EMILIO M. GARZA, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Juan Jorge Sanchez, Texas prisoner § 577512, argues that the magistrate judge erred in determining that the defendants were entitled to the defense of qualified immunity based on a clearly erroneous determination that the defendants had not employed the excessive use of force against Sanchez at the time of the incident.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record provided by Sanchez, including the magistrate judge's order and reasons for dismissing Sanchez's claims and the briefs of the parties, and AFFIRM the dismissal of Sanchez's complaint substantially for the reasons relied upon by the magistrate judge.  See Sanchez v. Perez, No. C-94-CV-180 (S.D. Tex.; Oct. 30, 1997).

We have also determined that the magistrate judge did not abuse his discretion in denying Sanchez's motion for appointment of counsel.  See Ulmer v. Chancellor, 691 F.2d 209, 212 (5th Cir. 1982).

AFFIRMED.